### Edward Maher and Charles C. Gilbert v. The Gunthorpe-Warren Printing Co.

Appeal from the Circuit Court of Cook County.

The only question of law involved in this appeal was one of admissibility in evidence of books of account.

Affirmed on authority of Redlich v. Bauerlee, 98 Ill. 137, and Chisholm v. The Beaman M. Co., 160 Ill. 101.

Maher & Gilbert and Robert F. Kolb, attorneys for appellants.

Clark & Clark, attorneys for appellee.